IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CARLOS RAMONE REECE                                                              PLAINTIFF
ADC #110048

v.                     No. 4:19-cv-00614-JM-JTR

NORWOOD, Sheriff, Ouachita County; and
CHRISTOPHER WILLIAMS, Deputy,
Ouachita County Sheriff's Office                                                 DEFENDANTS

## **ORDER**

Plaintiff Carlos Ramone Reece has filed this *pro se* 42 U.S.C. § 1983 action alleging that Defendants violated his rights at the Ouachita County Sheriff's Office.

The federal venue statute provides that, in a case that is not based on diversity jurisdiction, venue is proper in the judicial district where "any defendant resides" or "a substantial part of the events or omissions giving rise to the claim occurred." 28 U.S.C. § 1391(b). In this case, venue would be proper in the Western District of Arkansas, where both Defendants are located and the events giving rise to this action allegedly occurred. The Court concludes that the interests of justice are best served by transferring this case to that District. *See* 28 U.S.C. § 1406(a).

The Clerk of the Court is directed to IMMEDIATELY TRANSFER this case to the United States District Court for the Western District of Arkansas.

IT IS SO ORDERED this 9th day of September, 2019.

_____
UNITED STATES DISTRICT JUDGE